United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

IN THE MATTER OF

8

Jennifer Joanne McGready-Ornelas #262482

9
10
11

Case No.  15-mc-80275-JD

**ORDER OF SUSPENSION**

12
13

Because Jennifer Joanne McGready-Ornelas has failed to respond to the Order to Show

14

Cause, Ms. McGready-Ornelas' membership in the bar of this Court is hereby suspended.

15

**IT IS SO ORDERED**.

16

Dated:  January 13, 2016

17

_____

18

JAMES DONATO
United States District Judge

19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jennifer Joanne McGready-Ornelas #262482

Case No.  15-mc-80275-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/13/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Joanne McGready-Ornelas
4665 MacArthur Court
Suite 200
Newport Beach, CA 92660

Dated: 1/13/2016

Susan Y. Soong
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato